JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SINGER,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., d/b/a Princess Cruises,<br><br>Defendant. | Case No: 2:23-cv-05960 DDP (BFMx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Judge: Dean D. Pregerson<br>Magistrate: Brianna Fuller Mircheff |

### ORDER

Based on the parties' Joint Stipulation of Dismissal with Prejudice, it is hereby ORDERED that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice;

2. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: February 2, 2024

_____
Hon. Dean D. Pregerson
United States District Court Judge

- 1 -    Case No: 2:23-cv-05960 DDP (BFMx)